UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

BRIDGETTE KNOWER,                                   :
                                                    :
                          Plaintiff,                :              1:24-cv-6081-GHW
                                                    :
               -v -                                 :              ORDER
                                                    :
MOUNT SINAI HEALTH SYSTEMS, INC., *et al.,* :
                                                    :
                          Defendants.               :
                                                    :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2025

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on April 24, 2025, Defendants' request

for leave to file a motion for summary judgment, Dkt. No. 25, is granted. The deadline for

Defendants to file their motion for summary judgment is May 14, 2025. Plaintiff's opposition is due

no later than twenty-eight days following the date of service of Defendants' motion. Any reply is

due no later than fourteen days following the date of service of Plaintiff's opposition.

SO ORDERED.

Dated:  April 27, 2025                    _____
                                          GREGORY H. WOODS
                                          United States District Judge