USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------------X**

**BRIDGETTE KNOWER,**

**Plaintiff,**

**-against-**

**MOUNT SINAI HEALTH SYSTEMS, INC., et al.,**

**Defendants.**

**------------------------------------------------------------X**

**24-CV-06081 (GHW)(SN)**

**<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

On September 17, 2026, the Honorable Gregory H. Woods granted in part and denied in part Defendants' motion for summary judgment in this case. <u>See</u> ECF No. 60. Should the parties wish to participate in a settlement conference at this time, they are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail at diljah_shaw@nysd.uscourts.gov. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 18, 2026
New York, New York