USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

BRIDGETTE KNOWER,

Plaintiff,

-v-

MOUNT SINAI HEALTH SYSTEMS, INC., *et al.,*

Defendants.

------------------------------------------------------------- X

1:24-cv-6081-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 17, 2026, the Court granted in part and denied in part Defendants' motion for summary judgment. Dkt. No. 60. The Court will hold a status conference with respect to this matter by telephone on October 2, 2026 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: September 18, 2026
New York, New York

GREGORY H. WOODS
United States District Judge