akerman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2026

MEMORANDUM ENDORSED

Brittany Buccellato
Special Counsel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

T: 212 880 3800
F: 212 880 8965
brittany.buccellato@akerman.com

September 22, 2026

Application granted. The status conference scheduled for October 2, 2026 is adjourned to October 14, 2026 at 1:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 63.

SO ORDERED.

Dated: September 23, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Knower v. Mount Sinai Health Systems, Inc., et al., 24 Civ. 06081 (GHW)**

Dear Judge Woods:

On behalf of our clients, St. Luke's-Roosevelt Hospital Center d/b/a Mount Sinai Morningside (named herein as Mount Sinai Health Systems, Inc.") and Anna Bruce Vanderpuije (collectively, "Defendants"), after consultation with Plaintiff's counsel, and pursuant to the Court's Individual Rules of Practice 1(E), I write to request that the October 2 telephonic status conference be adjourned. The reason for this request is that I am principal trial counsel for Defendants and will be on vacation on October 1 and 2. This is the first request to adjourn the October 2 status conference. I consulted with counsel for Plaintiff and he consents to this request. Counsel for both parties are available to attend the status conference on September 30, October 5 in the morning, October 6, October 8, and October 14.

Respectfully submitted,

/s/ Brittany Buccellato

Brittany Buccellato

cc: Evan Brustein, Esq., Counsel for Plaintiff (via ECF)