USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

akerman

Brittany Buccellato
Special Counsel

Akerman LLP
1251 Avenue of the Americas
New York, NY 10020

T: 212 880 3800
F: 212 880 8965
brittany.buccellato@akerman.com

**MEMORANDUM ENDORSED**

October 2, 2026

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Knower v. Mount Sinai Health Systems, Inc., et al.**
**24 Civ. 06081 (GHW)**

Dear Judge Woods:

On behalf of our clients, St. Luke's-Roosevelt Hospital Center d/b/a Mount Sinai Morning (named herein as "Mount Sinai Health Systems, Inc.") and Anna Bruce-Vanderpuije (collectively, "Defendants"), pursuant to the Court's Individual Rules of Practice in Civil Cases I(E), and together with counsel for Plaintiff, Evan Brustein, I write to make a joint request that the deadline for filing the Joint Pretrial Order be extended from October 8, 2026[1] to October 20, 2026. The reason for this request is that the parties require additional time to meet and confer

[1] Pursuant to the Case Management Plan and Scheduling Order, dated October 17, 2024, the Joint Pretrial Order is due 21 days after the Court's decision on the summary judgment motion.

regarding the contents of the Joint Pretrial Order. This is the first request for an extension of this deadline.[2]

Respectfully submitted,

/s/ Brittany Buccellato

Brittany Buccellato

cc: Evan Brustein, Esq., Attorney for Plaintiff (via ECF)

The deadline for the joint pretrial order is adjourned *sine die*. The parties are directed to submit a joint letter with a proposed trial schedule by no later than October 9, 2026. The letter must include potential trial dates and an estimate from each party regarding the expected duration of the trial. The Court will set a deadline for the joint pretrial order after scheduling the trial. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 66.

SO ORDERED.

Dated: October 5, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

[2] A settlement conference in this case is scheduled for January 14, 2027.